**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1084-DDD-MDB

KENNETH ESPINOZA,

    Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S OFFICE,

    Defendant.

---

### UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS

---

Plaintiff Kenneth Espinoza, by and through counsel, Mehr Law PLLC, and pursuant to Fed.R.Civ.P. 41 and related cases, submits this Unopposed Motion for Dismissal With Prejudice of All Claims, stating in support as follows:

**D.C.COLO.LCivR 7.1(a):** Plaintiff's counsel conferred with counsel for the only current defendant, the Las Animas County Sheriff's Office ("LACSO"), regarding this Motion, who advised LACSO does not object to the relief sought herein.

### RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

1. Plaintiff and LACSO agreed to a resolution of this civil action. [ECF 77, 78, 79, 80].

2. Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(2), now seeks dismissal of this civil action in its entirety against LACSO (which is the only party defendant), all parties to bear their own attorney fees and costs.

3. Plaintiff requests that this civil action be terminated.

1

<u>/s/ Kevin Mehr</u>
 **KEVIN MEHR, #49108**
 Mehr Law PLLC
 Kevin.mehr@mehrlawcolorado.com

 Dated:  February 21, 2024

## Certificate of Service:

Above signed counsel hereby certifies that on February 21st, 2024, a true and accurate copy of the foregoing UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS was served via CM/ECF on counsel below:

**Alexandria L. Bell**
**Matthew Hegarty**
*Attorneys for Defendant Las Animas County Sheriff's Office*
Hall & Evans LLC
1001 17th Street
Ste 300
Denver, CO 80202
303-628-3300
bella@hallevans.com
hegartym@hallevans.com


**David Goddard**
*Attorney of Record to be Noticed*
BRUNO COLIN GODDARD and LOWE, PC
1120 Lincoln St., Suite 1606
Denver, CO 80203
303-831-1099
dgoddard@brunolawyers.com

2